UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY BARNETT,<br><br>    Petitioner,<br><br>    v.<br><br>D.K. SISTO, Warden,<br><br>    Respondent. | No. CV 07-4071-DOC (RCF)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Motion to Dismiss is granted and the Petition is dismissed with prejudice as barred by the statute of limitations.

DATED: *November 4, 2008*

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE